UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

In re:

Activated Carbon-Based Hunting
Clothing Marketing and Sales Practices
Litigation

THIS DOCUMENT RELATES TO:
Pemberton v. A.L.S. Enterprises, Inc., et al., Civ. No. 09-cv-1610 (RHK/JJK);
Lange v. A.L.S. Enterprises, Inc., et al., Civ. No. 09-cv-1805 (RHK/JJK); and
Super, et al. v. A.L.S. Enterprises, Inc., et al., Civ. No. 09-cv-2036 (RHK/JJK)

Multidistrict Litigation
No. 09-md-2059 (RHK/JJK)

---

**ORDER**

---

Pursuant to the parties' Stipulation Extending Time for Plaintiffs to Respond to Defendants' Motion to Dismiss Plaintiff Pemberton's Complaint and for Defendants to Respond to Plaintiffs Super, Thoune, Lange, and Pemberton's Oppositions to Defendants' Motions to Dismiss, it is hereby ordered the Plaintiffs have until October 2, 2009 to respond to Defendants Motion to Dismiss Plaintiff Pemberton's Complaint. Defendants have until October 12, 2009 to respond to Plaintiffs' Lange, Super and Thoune's Oppositions to Defendants Motion to Dismiss and Defendants have until October 19, 2009 to respond to Plaintiff Pemberton's Opposition to Motion to Dismiss.

IT IS SO ORDERED.

Dated: September 28, 2009

BY THE COURT:

s/Richard H. Kyle
Richard H. Kyle
Senior United States District Judge